IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NATALIE ELAINE WOODS BEY AND CLIFTON BOYD WOODS BEY, </br></br>  Plaintiffs, </br></br> v. </br></br> ALLY BANK, JEFFERY BROWN, CEO, JENNIFER LACLAIR, CEO, DOUGLAS TIMMERMAN, PAF, DAVID P. SHEVKY, CRO, </br></br> Defendants. | No. 1:21-cv-01079-STA-jay |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation that Plaintiffs' Complaint be dismissed.  (ECF No. 23.)  The Magistrate Judge submitted his Report and Recommendation on February 17, 2022.  Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due no later than March 3, 2022.  Giving Plaintiffs the benefit of the additional three days allowed under Rule 6(d), Plaintiffs' objections were due at the latest by March 6, 2022.  Plaintiffs filed their Objection to the Magistrate Judge's Report on March 4, 2022.  (ECF No. 24.)

In the Report, the Magistrate highlights Plaintiffs' failure to establish subject-matter jurisdiction and notes that Plaintiffs have not pleaded specific factual allegations to support their claims against Defendants.  Instead of responding to the Report and Recommendation by demonstrating that Plaintiffs do have subject-matter jurisdiction and that there is a factual basis for

each of the claims, Plaintiffs rely on legalese.  Plaintiffs' Objection does little more than reassert their original claims and fails to address any of the concerns raised in the Magistrate's Report.  Unfortunately for Plaintiffs, such an Objection is not sufficient to survive Defendants' Motion to Dismiss.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report.  Accordingly, the above-entitled matter is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ P. 12(b)(6).

**IT IS SO ORDERED.**

                                                      s/ S. Thomas Anderson
                                                     S. THOMAS ANDERSON
                                                     CHIEF UNITED STATES DISTRICT JUDGE

                                                     Date:  March 8, 2022.